# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to:**<br><br>*Tara Eisele and the Estate of Matthew Eisele v. 3M Company, et al.* 2:23-cv-04273-RMG |

### <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Brittany W. DeBord of Lieberman Blecher & Sinkevich, P.C., whose office, mailing address, and telephone number appear below, hereby enters an appearance in the above-referenced matter as counsel for Plaintiffs Tara Eisele and the Estate of Matthew Eisele and requests that all notices given or required to be given in this case be given to and served upon counsel as set herein below.

Dated: July 23, 2025

Respectfully submitted,

LIEBERMAN BLECHER & SINKEVICH, P.C.

*/s/ Brittany W. DeBord*
Brittany W. DeBord, Esq.
10 Jefferson Plaza, Suite 400
Princeton, NJ 08540
Tel. 732-355-1311
Fax. 732-355-1310
bwd@liebermanblecher.com
dkn@liebermanblecher.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed with the Clerk of Court on July 23, 2025, using the CM/ECF System, which allows for automatic service on all counsel of record.

*/s/ Brittany W. DeBord*
Brittany W. DeBord, Esq.